191 So. 389
### Lawrence FRANKLIN v. STATE.
#### 6 Div. 535.

Supreme Court of Alabama.

Oct. 5, 1939.

F. F. Windham and Leon B. Buer, both of Tuscaloosa, for petitioner.

Thos. S. Lawson, Atty. Gen., for the State.

THOMAS, Justice.

Petition of Lawrence Franklin for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case styled Franklin v. State, 191 So. 387.

Writ denied.

ANDERSON, C. J., and BOULDIN and BROWN, JJ., concur.